1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Juan Manuel Villa

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE WILLIAM McCURINE, JR.)**

11 UNITED STATES OF AMERICA,        )   Case No. 08MJ0463
                                    )
12           Plaintiff,              )
                                    )
13 v.                                )   **CERTIFICATE OF SERVICE**
                                    )
14 JUAN MANUEL VILLA,                )
                                    )
15           Defendant.              )
   _____  )

16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                           U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov; and
20
                         Robert E. Schroth, Jr.
21                    robschrothesq@sbcglobal.net

22                              Respectfully submitted,

23

24 DATED:     February 21, 2008              /s/ Gregory T. Murphy
                                            **GREGORY T. MURPHY**
25                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Juan Manuel Villa
26

27

28