**PLEASE RECEIPT AND RETURN**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                          )
                    Plaintiff             )        CRIMINAL NO. _08 mj 463_
                                          )
                                          )             ORDER
            vs.                           )
                                          )        RELEASING MATERIAL WITNESS
    Juan Manuel Villa                     )
                                          )
                    Defendant(s)          )        Booking No.
                                          )
_____   )

Anthony J. Battaglia

On order of the United States District Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody: (Bond Posted) Case Disposed / Order of Court).

Gabriel Martinez-Carbajal

DATED: _2/25/08_

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____            OR
              DUSM

                              W. SAMUEL HAMRICK, JR.   Clerk
                              by _____
                                        Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                ✪ U.S. GPO: 2003-581-774/70082