ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile: (619) 233-4516

Attorney for Material Witness, Gabriel Martinez-Carbajal

FILED
2008 APR -3 PM 4: 29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUAN MANUEL VILLA, <br><br> Defendant. | Criminal Case No.: 08CR0592 <br> Magistrate Case No: 08MJ0463 <br><br> Order to Exonerate the Appearance Bond for the Material Witness and Disburse the Bond Funds |

ORDER

IT IS ORDERED that the personal surety bond for $5,000, which secured the presence of material witness Gabriel Martinez-Carbajal is exonerated.

IT IS FURTHER ORDERED that the Clerk of the District Court shall release and disburse the $500 held in the Registry of the Court to the surety:

Maria Gonzalez Leon
3830 Superba St.
San Diego, CA 92113

Dated: 4/3/08

_____
U. S. Magistrate Judge

- 1 -

Order to Exonerate the Appearance Bond for the Material Witness